IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 5-20CR0020-H |
| JACQUELINE PEREZ DAVIS (1)<br>JULIE ANA CASTILLO (2) | |

### INDICTMENT

The Grand Jury Charges:

#### Count One
#### Conspiracy to Possess Stolen Mail
#### (Violation of 18 U.S.C. § 371)

From on or about a date unknown to the grand jury and continuing until in or about January 2020, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Jacqueline Perez Davis** and **Julie Ana Castillo**, defendants, did knowingly and intentionally conspire and agree with each other and with others known and unknown to the grand jury to commit an offense against the United States, that is, to Possess Stolen United States Mail, in violation of Title 18, United States Code, Section 1708.

#### Manner and Means

It was part of this conspiracy that one or more of the conspirators would, and did:

1. Possess tools such as pry bars that could be used to break into United States Postal Service Mailboxes and Drop Boxes;

Davis and Castillo
Indictment - Page 1

2. Use a vehicle to travel to locations where United States Postal Service Mailboxes and Drop Boxes were placed;

3. Illegally break into United States Postal Service Mailboxes and Drop Boxes;

4. Steal United States mail from United States Postal Service Mailboxes and Drop Boxes; and

5. Possess stolen United States mail.

## Overt Acts

In furtherance of this conspiracy and to effect the objects thereof, the conspirators committed, among others, the following overt acts in the Northern District of Texas and elsewhere:

The remaining counts of this indictment is hereby incorporated as an overt act of this conspiracy and of this count one.

All in violation of Title 18, United States Code, Section 371.

<u>Count Two</u>
Possession of Stolen Mail
(Violation of 18 U.S.C. § 1708)

On or about December 31, 2019, in the Lubbock Division of the Northern District of Texas, **Julie Ana Castillo**, defendant, did unlawfully have in the defendant's possession a letter, postal card, package, bag, and mail, and an article and thing contained therein, that is, a check on the account of Scott Manufacturing, Inc., dated December 19, 2019, in the amount of $777.53, which had been stolen, taken, embezzled, and abstracted from a letter box, mail receptacle, and authorized depository for mail matter, defendant knowing said letter and article to have been stolen, taken, embezzled, and abstracted from a letter box, mail receptacle, and authorized depository for mail matter.

In violation of Title 18, United States Code, Sections 1708 and 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

## Count Three
### Possession of Stolen Mail
### (Violation of 18 U.S.C. § 1708)

On or about December 31, 2019, in the Lubbock Division of the Northern District of Texas, **Jacqueline Perez Davis**, defendant, did unlawfully have in the defendant's possession a letter, postal card, package, bag, and mail, and an article and thing contained therein, that is, a check on the account of Walker Sims Oil Co., Inc., dated December 20, 2019, in the amount of $4,230.33, which had been stolen, taken, embezzled, and abstracted from a letter box, mail receptacle, and authorized depository for mail matter, defendant knowing said letter and article to have been stolen, taken, embezzled, and abstracted from a letter box, mail receptacle, and authorized depository for mail matter.

In violation of Title 18, United States Code, Sections 1708 and 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

**Davis and Castillo**
**Indictment – Page 4**

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
JEFFREY R. HAAG
Assistant United States Attorney
West Texas Branch Chief
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7559
Facsimile:   806-472-7394
E-mail:      jeffrey.haag@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

JACQUELINE PEREZ DAVIS (1)
JULIE ANA CASTILLO (2)

INDICTMENT

COUNT 1: CONSPIRACY TO POSSESS STOLEN MAIL
Title 18, United States Code, Section 371.

COUNTS 2-3: POSSESSION OF STOLEN MAIL
Title 18, United States Code, Section 1708.

(3 COUNTS)

A true bill rendered:
Lubbock                                                   _____ Foreperson

Filed in open court this ___11TH___ day of ___MARCH___, A.D. 2020.

ARREST WARRANT TO ISSUE AS TO EACH DEFENDANT

_____
UNITED STATES MAGISTRATE JUDGE

Davis and Castillo
Indictment – Page 6